UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:19-CV-24713-KMW

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

v.

NEIL BURKHOLZ, FRANK BIANCO,
PALM FINANCIAL MANAGEMENT, LLC, and
SHORE MANAGEMENT SYSTEMS, LLC,

            Defendants, and

RHODA BURKHOLZ, and SUZANNE BIANCO,

            Relief Defendants.
_____/

**FINAL JUDGMENT AS TO RELIEF DEFENDANT SUZANNE BIANCO**

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Suzanne Bianco ("Relief Defendant") having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in paragraph IV); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

**I.  Permanent Injunction**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Relief Defendant is liable on a joint and several basis with Defendant Frank Bianco for disgorgement of $42,048, representing unjust enrichment as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $7,703.86.  Relief Defendant

1

shall satisfy this obligation by paying $49,751.86 to the Securities and Exchange Commission within 30 days after entry of this Final Judgment.

Relief Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

>Enterprise Services Center
>Accounts Receivable Branch
>6500 South MacArthur Boulevard
>Oklahoma City, OK 73169

 and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Suzanne Bianco as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 30 days following entry of this Final Judgment.  Relief Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.  The Commission shall hold the funds, together with any interest and income earned thereon (collectively, the "Fund"), pending further order of the

Court.

The Commission may propose a plan to distribute the Fund subject to the Court's approval. Such a plan may provide that the Fund shall be distributed pursuant to the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

## II.  Account Transfers

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, in partial satisfaction of Relief Defendant's disgorgement obligation, within 3 days after being served with a copy of this Final Judgment:

(a)  Chase Bank, N.A. ("Chase") shall transfer the entire balance of the following bank account, which was frozen pursuant to an Order of this Court, to the Commission, and shall lift the freeze from the account:

| Account Owner | Acct. Ending in: |
|---|---|
| Suzanne Bianco | -8778 |

Chase may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Chase also may transfer these funds by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch

>6500 South MacArthur Boulevard
>Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; and specifying that payment is made pursuant to this Final Judgment.

(b) Bank of America shall transfer the specified amounts from the following bank accounts, which were frozen pursuant to an Order of this Court, to the Commission and shall lift the freeze from the accounts:

| Account Owner | Acct. Ending in | Amount to Transfer |
|---|---|---|
| Frank and Suzanne Bianco | -4181 | $1,834.63 |
| Frank Bianco, Inc. | -5490 | $3,680.69 |

Bank of America may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Bank of America also may transfer these funds by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

>Enterprise Services Center
>Accounts Receivable Branch
>6500 South MacArthur Boulevard
>Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; and specifying that payment is made pursuant to this Final Judgment.

(c) Wells Fargo Bank shall transfer the entire balance of the following bank account,

which was frozen pursuant to an Order of this Court, to the Commission and shall lift the freeze from the account:

| Account Owner | Acct. Ending in: |
|---|---|
| FJB Investment Trust | -3477 |

Wells Fargo Bank may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Wells Fargo Bank also may transfer these funds by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; and specifying that payment is made pursuant to this Final Judgment.

(d) TD Ameritrade ("TDA") shall transfer the entire balance of the following brokerage account, which was frozen pursuant to an Order of this Court, to the Commission and shall lift the freeze from the account:

| Account Owner | Acct. Ending in: |
|---|---|
| Frank and Suzanne Bianco | -8897 |

TDA may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at

http://www.sec.gov/about/offices/ofm.htm. TDA also may transfer these funds by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

>Enterprise Services Center
>Accounts Receivable Branch
>6500 South MacArthur Boulevard
>Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; and specifying that payment is made pursuant to this Final Judgment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the $4,000 per month spending limit ordered on December 9, 2019 (DE 30) and extended on March 11, 2020 (DE 55) is hereby lifted. Except as specifically modified in this Final Judgment, the asset freeze entered on November 14, 2019 (DE 9) and modified on December 9, 2019 (DE 30) shall remain in place until further order by this Court.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the complaint are true and admitted by Relief Defendant, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Relief Defendant under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

6

## III.     Conclusion

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.  There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

**DONE AND ORDERED** in chambers in Miami, Florida, this <u>11th</u> day of May, 2020.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE